UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOL ALI OMAR,<br><br>            Petitioner,<br><br>      v.<br><br>CRAIG KOENIG,<br><br>            Respondent. | Case No. 20-cv-08228-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. Nos. 8, 9 |

Respondent has filed a request for an extension of the deadline to file an answer to the petition for writ of habeas corpus. Upon due consideration of the request and accompanying declaration of attorney Michele Swanson, the court GRANTS the request. Docket No. 9. The court now sets the following new briefing schedule: Respondent must file and serve his answer no later than **May 7, 2021.** Petitioner must file and serve his traverse no later than **June 18, 2021**.

Petitioner sent the court a letter asking for a traverse form. Docket No. 8. There is no particular form to use for a traverse. The purpose of a traverse is to respond to the arguments in respondent's answer with which petitioner disagrees. Petitioner thus can simply label his filing as a "Traverse" on the first page of a filing that includes the case name and number for this case. Within the traverse that may be up to 25 pages long, he can explain why he disagrees with respondent's statement of facts and legal arguments. A traverse is not mandatory, and the court will not assume that petitioner agrees with respondent's arguments simply due to his failure to file a traverse.

**IT IS SO ORDERED**.

Dated: April 7, 2021

_____
SUSAN ILLSTON
United States District Judge