UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDOL ALI OMAR,<br>　　　　Petitioner,<br>　　v.<br>CRAIG KOENIG, Warden,<br>　　　　Respondent. | Case No. 20-cv-08228-SI (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus has been denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 18, 2022

_____
SUSAN ILLSTON
United States District Judge